**Order filed August 24, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00429-CV
_____

### ALYSSA SERRANO AND BILL SERRANO, Appellants

### V.

### FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-36592**

## ORDER

This appeal is from a judgment signed April 19, 2021. The notice of appeal was filed July 29, 2021. It appears the notice of appeal is untimely, but we are unable to make that determination because the clerk's record has not been filed. We received notice from the clerk's office that appellant has not made arrangements to pay for the clerk's record. Accordingly, we enter the following order.

The Harris County District Clerk is directed to file a clerk's record on or before **September 3, 2021**, containing (1) the court's judgment; (2) any request for findings of fact and conclusions of law, any post-judgment motion, and the court's order on the motion; and (3) the notice of appeal.

PER CURIAM

Panel Consists of Justices Jewell, Spain, Wilson.